UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

KEVIN RAMOS,

               Plaintiff,                          Case No.: 24-CV-5444

     v.

                                         **ANSWER**

ARLOZOROV9 INC., ERIK LUMER,
and JENNA DOCTOROFF,

               Defendants.
--------------------------------------------------------X

## AS AND FOR ARLOZOROV9, INC.'S, CORPORATE DISCLOSURE STATEMENT

Defendant, Arlozorov9, Inc., whose true corporate name is Arlozorov9, Inc., by and though

its attorneys, Wood Smith Henning & Berman, LLP, hereby makes the following Corporate

Disclosure Statement in compliance with Fed. R. Civ. P. 7.1:

Arlozorov9, Inc., is a privately held foreign business corporation that is 100% owned by

Arlozorov9, Inc.

DATED:   White Plains, New York
             September 27,  2024

                                    WOOD, SMITH, HENNING &
                                       BERMAN LLP

                          By:  *Jacqueline Murphy*
                               Jacqueline Murphy
                               *Attorneys for Defendants*
                               jmurphy@wshblaw.com
                               5 Waller Avenue, Suite 200
                               White Plains, New York 10601

34835231.1:12066-0018